KATHRYN J. FRITZ (CSB NO. 148200)
AARON K. PERZANOWSKI (CSB NO. 244921)
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Plaintiff
CORBIS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS NEVADA, INC. dba CORBIS CORPORATION, a Nevada corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>CENTRE FOR NEURO SKILLS, a California corporation,<br><br>           Defendant. | Case No.  1:07-cv-01307-AWI-DLB<br><br>**STIPULATION FOR PERMANENT INJUNCTION AND ORDER THEREON** |

WHEREAS Plaintiff Corbis Corporation (successor to Corbis Nevada, Inc.) (sometimes referred to as "Plaintiff" or "Corbis") is a Nevada corporation and is in the business of licensing photographs and fine art images on behalf of itself and the photographers and other licensors it represents, which photographs and images are subject to copyright protection under the laws of the United States;

WHEREAS Defendant Centre for Neuro Skills (sometimes referred to as "Defendant" or "CNS") is a California corporation in the business of providing rehabilitation services and education for persons who have incurred neurological injuries and operates a website at www.neuroskills.com;

WHEREAS at some point prior to January 2007, CNS began copying and displaying on CNS's website at www.neuroskills.com certain copyrighted images owned by Corbis without authorization of Corbis;

WHEREAS Corbis filed a Complaint against Defendant asserting claims for copyright infringement under 17 U.S.C. § 101, et seq., and violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1202(b), arising from Defendant's unauthorized

copying and display of certain copyrighted images owned by Corbis on Defendant's website (the "Action");

WHEREAS it is now the desire and intention of Corbis and CNS to settle, on mutually agreeable terms, all disputes and claims relating to this Action;

IT IS THERFORE STIPULATED, by and between the parties hereto or their counsel, who have been authorized to execute this Stipulation for Permanent Injunction on their own and on their clients' behalf, that, as of September 27, 2007:

1. Defendant, its agents, employees and all persons in active concert with it are hereby PERMANENTLY ENJOINED from copying, publishing, reproducing, disseminating or using in any manner the images that are the subject of this Action (although nothing herein shall prevent Defendant from copying, publishing, reproducing, disseminating or to otherwise using such images if Defendant has received proper authorization and license from Plaintiff to do so).

2. This Court shall retain jurisdiction over this Action and the parties to this Stipulation for Permanent Injunction to the extent necessary to enforce this permanent injunction.

IT IS FURTHER STIPULATED that upon entry of the above Stipulation for Permanent Injunction as an Order of the Court, the above-captioned action shall be concluded and no further action will be taken or will be necessary, except and unless Corbis is required to seek the Court's assistance to enforce this Order.  In the event Defendant, its agents, employees, or any persons in active concert or participation with them fail to comply with any of the above provisions, Corbis shall be entitled to recover all costs, including reasonable attorneys' fees, incurred in enforcing this Order.

Dated:         November 6, 2007         Fenwick & West LLP

By:  /s/ Aaron K. Perzanowski
         Aaron K. Perzanowski

Attorneys for Plaintiff
CORBIS CORPORATION (successor to Corbis Nevada, Inc.)

Dated: November 6, 2007

KLEIN DENATALE GOLDNER, COOPER ROSENLIEB & KIMBALL LLP

By: /s/ James M. Duncan
     James M. Duncan

Attorneys for Defendant
CENTRE FOR NEURO SKILLS

**ORDER**

IT IS SO ORDERED.

**Dated:   November 14, 2007**          **/s/ Anthony W. Ishii**
                                                     UNITED STATES DISTRICT JUDGE